**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WILLIAM G. WILSON, JR.,
    Plaintiff,

vs.                              CASE NO. 8:08-CIV-786-T-17-MSS

FLORIDA DIVISION OF DRIVERS LICENSES,
    Defendant.
_____/

**ORDER DISMISSING CASE**

        This cause is before the Court on the construed second amended complaint (Docket No. 6). The plaintiff has again failed to file a complaint in an appropriate manner, with jurisdictional allegations, proper identification of parties, and proper statement of facts and legal allegations. The Court has given the plaintiff multiple opportunities to correct the deficiencies of the complaint and he has merely refiled the same "complaint" each time. Accordingly, it is

        **ORDERED** that the cause of action is **dismissed** and the Clerk of Court is directed to close this case.

        **DONE and ORDERED** in Chambers, in Tampa, Florida, this 15th day of May, 2008.

                                              **ELIZABETH A. KOVACHEVICH**
                                              United States District Judge

Copies to: All parties and counsel of record